UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN BAKER,<br><br>Plaintiff,<br><br>v.<br><br>AVENUE5 RESIDENTIAL, SEATTLE POLICE DEPARTMENT, WASHINGTON STATE HUMAN RIGHTS COMMISSION, CITY ATTORNEY'S OFFICE FOR SEATTLE, ANN DAVISON,<br><br>Defendants. | CASE NO. 2:24-cv-01862-JHC<br><br>ORDER |

Before the Court, at Dkt. # 8, appears to be a motion by Plaintiff for injunctive relief. No Defendant has appeared in this matter. The Court does not reach the merits of the request as (1) the record does not indicate that Plaintiff has notified any Defendant of the motion; and (2) Plaintiff does not explain why injunctive relief should issue without notice. *See* Fed. R. Civ. P. 65(a); LCR 65(b)(1). Accordingly, the Court DENIES the motion.

/

/

/

ORDER - 1

1 | Dated this 21st day of January, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2