UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN BAKER,<br><br>Plaintiff,<br><br>v.<br><br>AVENUE5 RESIDENTIAL, SEATTLE POLICE DEPARTMENT, WASHINGTON STATE HUMAN RIGHTS COMMISSION, CITY ATTORNEY'S OFFICE FOR SEATTLE, ANN DAVISON,<br><br>Defendants. | CASE NO. 2:24-cv-01862-JHC<br><br>ORDER |

Before the Court is what appears to be pro se Plaintiff's motion for reconsideration. Dkt. # 11. In this District, "[m]otions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." LCR 7(h)(1). Plaintiff neither purports to address this standard nor meets it in the motion. Accordingly, the Court DENIES the motion.

/

/

ORDER - 1

Dated this 22nd day of January, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2