UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN BAKER,<br><br>Plaintiff,<br><br>v.<br><br>AVENUE5 RESIDENTIAL, SEATTLE POLICE DEPARTMENT, WASHINGTON STATE HUMAN RIGHTS COMMISSION, CITY ATTORNEY'S OFFICE FOR SEATTLE, ANN DAVISON,<br><br>Defendants. | CASE NO. 2:24-cv-01862-JHC<br><br>ORDER |

Before the Court is pro se Plaintiff's motion at Dkt. # 14. Upon reviewing the motion, the rest of the file, and the governing law, the Court GRANTS the motion as follows:

Plaintiff may file an amended complaint in accordance with Federal Rule of Civil Procedure 15(a)(1).

ORDER - 1

Under Federal Rule of Civil Procedure 4(m),[1] the Court GRANTS Plaintiff an extension until May 30, 2025, to serve defendants in this matter with process. This is a lengthy extension. The Court is not inclined to grant any further extensions.

Dated this 24th day of January, 2025.

John H. Chun
United States District Judge

---

[1] The motion cites "FRCP 1.070(j)." There is no such rule in the Federal Rules of Civil Procedure. It is possible that Plaintiff is referring to the Florida Rules of Civil Procedure, which do not apply here.

ORDER - 2