UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN BAKER,<br><br>Plaintiff,<br><br>v.<br><br>AVENUE5 RESIDENTIAL ET AL.,<br><br>Defendants. | CASE NO. 2:24-cv-01862-JHC<br><br>ORDER |

This matter comes before the Court on what appears to be Plaintiff Justin Baker's motion for an injunction prohibiting Defendants Amy Simpson, Karl Klepp, and Andrew Stokes from proceeding in a state court case. Dkt. # 27. Baker cites no authority to support his request; nor is the Court aware of any. Thus, the Court DENIES this motion.

Dated this 20th day of March, 2025.

John H. Chun
United States District Judge