UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN BAKER,<br><br>Plaintiff,<br><br>v.<br><br>AVENUE5 RESIDENTIAL ET AL.,<br><br>Defendants. | CASE NO. 2:24-cv-01862-JHC<br><br>ORDER |

Before the Court is Plaintiff's motion for oral argument. Dkt. # 39. The Court DENIES the motion as it is not associated with any pending motion. However, the next time Plaintiff requests oral argument in connection with a motion, the Court will be sure to consider the content of Dkt. # 39.

Dated this 1st day of April, 2025.

John H. Chun
United States District Judge

ORDER - 1