UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN BAKER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AVENUE5 RESIDENTIAL ET AL.,<br><br>　　　　　　Defendants. | CASE NO. 2:24-cv-01862-JHC<br><br>ORDER |

　　　This matter comes before the Court on Plaintiff's Motion for Service of Summons via US Marshals (mislabeled on the docket as praecipe to issue summons). Dkt. # 107.

　　　Plaintiff proceeds pro se and *in forma pauperis* (IFP). Dkt. # 2. Upon an IFP plaintiff's request, "the officers of the court shall issue and serve all process." 28 U.S.C. § 1915(d). Federal Rule of Civil Procedure 4(c)(3) further provides, "At the plaintiff's request the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis."

　　　Thus, the Court GRANTS the motion and ORDERS as follows:

ORDER - 1

1. The Clerk shall issue summons with respect to Defendants whose names and addresses are listed in the second amended complaint (Dkt. # 95) and provide copies of the summons and the second amended complaint to the United States marshal or deputy marshal within three (3) days of the date of this order; and

2. The United States Marshal or deputy marshal shall personally serve the Defendants named in the second amended complaint by May 30, 2025.

Dated this 19th day of May, 2025.

John H. Chun
United States District Judge

ORDER - 2