1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| JUSTIN BAKER, | C24-1862-JHC |
|---|---|
| Plaintiff, | |
| v. | |
| AVENUE5 RESIDENTIAL, et al., | |
| Defendants. | |

The Court having been notified of the settlement of this matter, Dkt. # 114, and it appearing that no issue remains for the court's determination:

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event settlement is not perfected, any party may move to reopen the case, provided such motion is filed within **60** days of the date of this order. Any trial date and pretrial dates previously set, including all deadlines, are hereby VACATED. If the matter is reopened, the Court will set new deadlines.

The Court STRIKES as moot the motions at Dkt. ## 113 and 115.

ORDER - 1

1     Dated this 27th day of May, 2025.

2

3                                    JOHN H. CHUN
                                       United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2